**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CRISTINA RENEE CHAFFIN                                                                    PLAINTIFF

v.                                       No. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; THE MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                              DEFENDANTS

**ORDER**

Stephen J. Eichert, D.O.'s motion to extend time, up to and including April 30, 2009, in which to comply with the expert designation requirements is GRANTED. Document #65. The Medical Assurance Company's motion to join Dr. Eichert's motion for extension of time is also GRANTED. Document #66.

IT IS SO ORDERED this 23rd day of April, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE