# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                                              PLAINTIFF

v.                                              No. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                                           DEFENDANTS

## ORDER

The parties have filed a Joint Motion for Second Amended Final Scheduling Order in which they ask to move the discovery deadline to December 31, 2009, and the deadline for all motions except for motions in limine to January 10, 2010. The motion is GRANTED. Document #85. The discovery deadline is hereby extended up to and including December 31, 2009, and the deadline for all motions except for motions in limine is extended up to and including January 10, 2010. All other provisions in the Final Scheduling Order entered on February 9, 2009, remain in effect.

IT IS SO ORDERED this 24th day of November, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE