**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CRISTINA RENEE CHAFFIN                                                                                              PLAINTIFF

v.                                         No. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; THE MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                                              DEFENDANTS

## ORDER

Without objection, the first motion *in limine* on behalf of defendant, The Medical Assurance Company, Inc., is GRANTED. Document #88. No evidence or mention of the existence of Mid-South Neurosurgery, Inc.'s liability insurance coverage will be permitted unless the defense presents evidence that in fairness requires the Court to permit the plaintiff to present evidence or make mention of liability insurance.

IT IS SO ORDERED this 9th day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE