## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                              PLAINTIFF

v.                                        No. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; THE MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                          DEFENDANTS

### ORDER

For good cause shown, defendants' motion to compel an expanded medical records authorization is GRANTED. Document #94. Plaintiff must provide to the defendants a medical records authorization permitting the defendants to obtain her pharmacy records, as well as any medical records from a medical care provider who prescribed pain medication for the plaintiff dating back to the year 2000.

IT IS SO ORDERED this 29th day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE