IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                          PLAINTIFF

v.                                      NO. 3:09CV00002 JLH

STEPHEN J. EICHERT, *et al.*                                                  DEFENDANTS

## ORDER

The Court has determined that the trial of this matter scheduled for the week of February 8, 2010, in Jonesboro, Arkansas, should be continued due to the Court's schedule. Therefore, this case is rescheduled for jury trial beginning at 9:15 a.m. sometime during the week of ***MAY 3, 2010***, in Jonesboro, Arkansas. If counsel wish to bring electronic devices into the courthouse for any proceeding, please note Amended General Order No. 54.

The discovery and motions deadlines have previously passed. Motions in limine must be filed on or before April 19, 2010. Jury instructions should be submitted electronically to the Court by April 26, 2010, in WordPerfect format to jlhchambers@ared.uscourts.gov.

IT IS SO ORDERED this 20th day of January, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE