# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                   PLAINTIFF

v.                          NO. 3:09CV00002 JLH

STEPHEN J. EICHERT, *et al.*                                          DEFENDANTS

## ORDER

On January 26, 2010, plaintiff filed a motion to continue the trial of this matter currently set for the week of May 3, 2010, in Jonesboro, Arkansas. The motion was denied subject to refiling as the trial date comes near if the scheduling conflict had not been resolved.

Defendant Stephen J. Eichert has now filed a motion for reconsideration of order denying motion to continue. Good cause having been shown, the motion is granted. Document #111. The jury trial previously set for May 3, 2010, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 11th day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE