# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                                              PLAINTIFF

v.                                              NO. 3:09CV00002 JLH

STEPHEN J. EICHERT, *et al.*                                                                        DEFENDANTS

## ORDER

The Amended Final Scheduling Order entered on March 2, 2010, set this matter for jury trial to commence at 9:15 a.m. sometime during the week of December 13, 2010, in Jonesboro, Arkansas. The Court has determined that the jury trial will begin at ***1:30 p.m. on MONDAY, DECEMBER 13, 2010***, in Jonesboro, Arkansas. Counsel should be present thirty minutes prior to trial.

IT IS SO ORDERED this 22nd day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE