IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                                                    PLAINTIFF

v.                                                    No. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; THE MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                                             DEFENDANTS

## ORDER

On December 13, 2010, this matter came before the Court for trial by jury. All parties appeared and announced ready for trial. A jury of twelve was duly selected and sworn. During opening statement, a juror became ill and needed immediate medical attention, which was provided by Stephen Eichert in the presence of the remaining jurors. After the medical emergency was resolved, the plaintiff moved for a mistrial. The defendants agreed that a mistrial was appropriate. Therefore, the Court ordered a mistrial.

A new trial date will be scheduled by separate order. All evidentiary rulings made by the Court before and on the day of trial will continue in effect when the new trial date is set. The hearings that were held on evidentiary issues will constitute the record on those motions with respect to the new trial date. It will not be necessary for any party to renew that party's objections and arguments in order to preserve those objections and arguments for appeal.

IT IS SO ORDERED this 14th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE