## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                                                    PLAINTIFF

v.                                        NO. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; THE MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                                            DEFENDANTS

## ORDER

The above styled case is hereby rescheduled for jury trial to commence at ***10:00 a.m., on TUESDAY, JANUARY 11, 2011, in Jonesboro, Arkansas***. Counsel are to be present thirty minutes prior to trial.

IT IS SO ORDERED this 15th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE