IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                                    PLAINTIFF

v.                                              NO. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; THE MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                           DEFENDANTS

## ORDER

Presently before the Court is defendant Stephen J. Eichert's Motion for Continuance of the trial date in this matter. Document #147. Good cause having been shown, the motion is granted, and the trial of this matter previously set for Tuesday, January, 11, 2011, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 21st day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE