**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CRISTINA RENEE CHAFFIN                                                                              PLAINTIFF

v.                                           NO. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; THE MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                                        DEFENDANTS

**ORDER**

This matter is reset for jury trial to commence at *10:00 a.m., on MONDAY, JULY 18, 2011*, in Courtroom #324, E.C. "Took" Gathings Federal Courthouse, 615 South Main Street, in Jonesboro, Arkansas. Counsel are to be present thirty minutes prior to trial.

IT IS SO ORDERED this 21st day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE