# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                                                   PLAINTIFF

v.                                              NO. 3:09CV00002 JLH

STEPHEN J. EICHERT, *et al.*                                                                          DEFENDANTS

## AMENDED ORDER

The December 21, 2010, Order set this matter for jury trial to commence at 10:00 a.m. on Monday, July 18, 2011, in Jonesboro, Arkansas. The Court has determined that the jury trial will begin at ***9:00 a.m. on MONDAY, JULY 18, 2011***, in Jonesboro, Arkansas. Counsel should be present thirty minutes prior to trial.

IT IS SO ORDERED this 24th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE