**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| CRISTINA RENEE CHAFFIN | PLAINTIFF |
| v. NO. 3:09CV00002 JLH | |
| STEPHEN J. EICHERT, *et al.* | DEFENDANTS |

## **ORDER**

The Court has determined that the jury trial will begin at ***1:30 p.m. on MONDAY, JULY 18, 2011***, in Jonesboro, Arkansas. Counsel should be present thirty minutes prior to trial.

IT IS SO ORDERED this 15th day of July, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE