IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRISTINA RENEE CHAFFIN                                                        PLAINTIFF

v.                              No. 3:09CV00002 JLH

STEPHEN J. EICHERT, D.O.; THE MEDICAL
ASSURANCE COMPANY, INC.; and JOHN DOE                          DEFENDANTS

## JUDGMENT

On the 18th day of July, 2011, this action came before the court for a trial by jury. Cristina Renee Chaffin appeared in person and through her attorneys, Michael Noel Watts and Jonathan S. Masters. Stephen J. Eichert appeared in person and through his attorney, Rick T. Beard, III. The Medical Assurance Company, Inc., insurer for Mid-South Neurosurgery, Inc., appeared through its attorney, Paul D. Waddell. All parties announced ready for trial. A jury of twelve was duly selected and sworn. After receiving all of the evidence and being instructed on the law, on July 20, 2011, the jury returned a verdict as follows:

(1)   On Plaintiff Cristina Chaffin's claim against Defendants Stephen Eichert and Mid-South Neurosurgery, Inc., we find in favor of: (circle one)

      Cristina Chaffin      **OR**      (Stephen Eichert / Mid-South Neurosurgery) [circled]

**Note:** If you circled "Stephen Eichert/Mid-South Neurosurgery" on Question (1), then do not answer Question (2), but sign and date the form at the bottom. If you circled "Cristina Chaffin" on Question (1), then answer Question (2).

* * *

_/s/ James L. Nowlin_
Foreperson

_7-20-2011_
Date

Judgment is therefore entered in favor of Stephen J. Eichert and the Medical Assurance Company, Inc., on the claims of Cristina Renee Chaffin. The complaint of Cristina Renee Chaffin is dismissed with prejudice.

IT IS SO ORDERED this 21st day of July, 2011.

    _____
    J. LEON HOLMES
    UNITED STATES DISTRICT JUDGE